IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>    vs.<br><br>JUNE ZAMORA SHAW,<br><br>                   Defendant. | **8:23CR89**<br><br>**ORDER** |

      This matter is before the Court on Defendant's MOTION TO REINSTATE AND ENLARGE TIME TO FILE PRETRIAL MOTIONS [22]. The Court notes that a jury trial as to this defendant is set for June 20, 2023, before Chief District Judge Robert F. Rossiter, Jr. However, for good cause shown, I find that the motion should be granted. Defendant will be given an approximate fifty (50) day extension. Leave is given to file pretrial motions on or before July 7, 2023. Accordingly,

      **IT IS ORDERED:**

      1.     Defendant's MOTION TO REINSTATE AND ENLARGE TIME TO FILE PRETRIAL MOTIONS [22] is granted. Pretrial motions shall be filed on or before July 7, 2023.

      2.     Defendant's jury trial scheduled for June 20, 2023, is cancelled, and shall be rescheduled upon the expiration of the July 7, 2023, pretrial motion filing deadline.

      3.     The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between May 18, 2023, and July 7, 2023, shall be

deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

Dated this 19th day of May, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge