IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>JUNE ZAMORA SHAW,<br><br>              Defendant. | 8:23CR89<br><br>**ORDER** |

      This matter is before the court on the motion of Attorney Beau G. Finley to withdraw as counsel for the defendant, June Zamora Shaw. (Filing No. 31). Beau G. Finley's motion to withdraw (Filing No. 31) is granted.

      Jason E. Troia, 1403 Farnam Street, Suite 232, Omaha, NE 68102, (402) 884-7044, is appointed to represent June Zamora Shaw for the balance of these proceedings pursuant to the Criminal Justice Act. Beau G. Finley shall forthwith provide Jason E. Troia with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Finley which are material to June Zamora Shaw's defense.

      The clerk shall provide a copy of this order to Jason E. Troia and the defendant.

      **IT IS SO ORDERED.**

      Dated this 15th day of December, 2023.

                                                                          BY THE COURT:

                                                                          s/ Michael D. Nelson<br>
                                                                          United States Magistrate Judge